E-Filed: **5/29/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LEVERTIS BARNES, JR., | ) CV 07-07330-GHK (SH) |
| Petitioner, | ) ORDER ADOPTING<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES |
| v. | ) MAGISTRATE JUDGE |
| MR. CISTO, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is dismissed without prejudice.

///

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 5/29/09

```
                                    _____
                                          GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE
```